[Cite as *01/03/2011 Case Announcements*, 2011-Ohio-1.]

## MISCELLANEOUS DISMISSALS

**2010–0638.   State ex rel. Con-way Freight, Inc. v. Indus. Comm.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2010–1802.   State v. Davis.**
Butler App. No. CA2009–10–263. This cause is pending before the court as a discretionary appeal and claimed appeal of right. It appears from the records of the court that appellant has not filed a memorandum in support of jurisdiction, due December 2, 2010, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

It is ordered by the court that this cause is dismissed sua sponte.